UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARIA V., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.:  21-CV-0012-DEB <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> **[DKT. NO. 2]** |

On January 5, 2021, Plaintiff Rosa Maria V. commenced an action against Andrew M. Saul, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Dkt. No. 1. Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. Dkt. No. 2.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis.  *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948).  An affidavit is sufficient if it

1  shows that the applicant cannot pay the fee "and still be able to provide himself [or herself]
2  and dependents with the necessities of life." *Id*. (internal quotations omitted).
3      Plaintiff is unemployed and has limited income and assets. She receives $194.00 per
4  month in food stamps. Dkt. No. 2, at 2.  Her only asset is a 1997 Honda Civic LX that was
5  gifted to her. *Id.* at 3. Based on the foregoing, the Court finds Plaintiff has sufficiently
6  shown she lacks the financial resources to pay her filing fee and GRANTS her Application
7  to Proceed with her Complaint in forma pauperis.
8      IT IS SO ORDERED.
9  Dated:  January 5, 2021

_____
Daniel E. Butcher
United States Magistrate Judge